## THIRD DEPARTMENT, SEPTEMBER, 1965

## (September 8, 1965)

■ In the Matter of JOSEPH FERACA, Petitioner, and PATRICK T. MATARAZA, Appellant, v. SEYMOUR WERBALOWSKY et al., Constituting the Board of Elections of Ulster County, and WILLIAM A. KRUM, Respondents.— The papers and proceedings before Special Term did not confer jurisdiction over the objector, a necessary party, who had not been named as a party in the petition nor otherwise

joined thereafter. We reach no other question. Order reversed, on the law, and petition dismissed, without costs. Gibson, P. J., Herlihy, Taylor, Aulisi and Hamm, JJ., concur.